IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PETER HERNANDEZ,

      Appellant,

v.

THIRD JUDICIAL CIRCUIT and
SUWANNEE CORRECTIONAL
INSTITUTION,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6212

Opinion filed January 21, 2015.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Peter Hernandez, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Marcus O. Graper, Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.